# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT EUGENE SIMMONS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-628

[December 15, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case Nos. 50-2021-CF-0002486-XXXX-MB and 50-2022-CA-000916-XXXX-MB.

Robert Eugene Simmons, Jr., West Palm Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and ARTAU, JJ., concur

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***